1  TRACY L. MAINGUY, Bar No. 176928
   OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUND- MULTI-SERVICES
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for Plaintiffs

5              UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                 (SAN FRANCISCO HEADQUARTERS)

8  GIL CROSTHWAITE, JOHN BONILLA, in   )  Case No.: C 04-1788 SC
   their respective capacities as Trustees of the  )
9  PENSION TRUST FUND FOR OPERATING  )  **NOTICE OF VOLUNTARY DISMISSAL**
   ENGINEERS,                          )  **WITHOUT PREJUDICE**
10                                     )
                                       )
11       Plaintiffs,                   )     ORDER
         vs.                           )
12                                     )
   CHACON TRUCKING, INC., a California )
13 Corporation; and EDWARD L. CHACON,  )
   indivudally                         )
14                                     )
         Defendants.                   )
15                                     )
                                       )
16 _____)

24 //////
25

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON;
Case No. C 04-1788 SC
- 1 -

NOTICE IS HEREBY GIVEN THAT PURSUANT to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss the above-captioned action as to Defendants, and each of them, without prejudice, and request the Court to enter an order in conformity with their voluntary dismissal of the matter.  To date, the Defendants have not responded to the complaint and summons relating to this matter which were served on the Defendants on March 7, 2005.

Dated this _____ day of September of 2005.

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS-MULTI SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS

**ORDER**

Based upon the above, and pursuant to Federal Rule of Civil Procedure 41(a), this matter is dismissed without prejudice as to Defendants, and each of them.

DATED:  9/12/05



_____
SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE